**EXHIBIT**

**5**

June 7, 2026

To the Honorable Court:

I am writing this letter in support of Christin Curtright for the Court's consideration. I know Christin to be a caring, compassionate, and resilient person who has faced significant hardship in her life with strength and determination. In my experience, she has continued to demonstrate kindness, integrity, and a strong commitment to her family despite difficult circumstances.

Christin is a devoted mother who clearly loves and supports her son. She has consistently shown patience, thoughtfulness, and genuine concern for the well-being of others. Her character reflects perseverance, compassion, and personal strength, and I believe these qualities speak positively to her integrity.

I respectfully submit this letter as a sincere statement of Christin Curtright's character and ask that the Court take these qualities into consideration. Thank you for your time and consideration.

Sincerely,

Rita Boags